# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: STACIE MARIE MITTELSTAEDT
MARSHALL FRANK MITTELSTAEDT
Debtor(s)

Case No.: 23-41327-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KYLE L CARLSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2023.
2) The plan was confirmed on 09/28/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/27/2025, 03/26/2026.
5) The case was converted on 05/06/2026.
6) Number of months from filing or conversion to last payment: 33.
7) Number of months case was pending: 34.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 64,345.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor: | $72,840.00 | | |
| Less amount refunded to debtor: | $1,000.00 | | |
| **NET RECEIPTS:** | | $71,840.00 | |

**Expenses of Administration:**

| | | | |
|---|---|---|---|
| Attorney's Fees Paid Through The Plan: | | $5,445.39 | |
| Court Costs: | | $.00 | |
| Trustee Expenses and Compensation: | | $6,621.77 | |
| Other: | | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | $12,067.16 |
| Attorney fees paid and disclosed by debtor: | $.00 | | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANTAGE COLLECTION PROFESSIOI | Unsecured | 559.48 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 236.26 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 742.11 | NA | NA | .00 | .00 |
| ALLINA HOSPITALS & CLINICS | Unsecured | 1,606.71 | NA | NA | .00 | .00 |
| ALLY BANK | Secured | 19,674.00 | 19,805.65 | 19,805.65 | 9,333.97 | 4,036.74 |
| ALLY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN ACCOUNTS & ADVISORS IN( | Unsecured | 1,377.44 | NA | NA | .00 | .00 |
| AMERICAN ACCOUNTS & ADVISORS IN( | Unsecured | 1,377.00 | NA | NA | .00 | .00 |
| AMEX | Unsecured | 1,038.00 | NA | NA | .00 | .00 |
| BECKET & LEE LLP | Unsecured | 1,032.00 | 997.15 | 997.15 | .00 | .00 |
| BELL BANK | Secured | 492,991.00 | 498,133.86 | .00 | .00 | .00 |
| BELL BANK | Secured | NA | 860.65 | 860.65 | 860.65 | .00 |
| CAPITAL ONE | Unsecured | 10,160.00 | NA | NA | .00 | .00 |

 

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: STACIE MARIE MITTELSTAEDT
MARSHALL FRANK MITTELSTAEDT
Debtor(s)

Case No.: 23-41327-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | Unsecured | 3,664.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 3,098.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 4,219.00 | 4,219.74 | 4,219.74 | .00 | .00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 4,097.00 | 4,225.74 | 4,225.74 | .00 | .00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 5,254.00 | 5,293.36 | 5,293.36 | .00 | .00 |
| CHAPTER HOLDINGS LLC | Unsecured | 160.33 | 285.72 | 285.72 | .00 | .00 |
| COAST TO COAST FINANCIAL | Unsecured | 44.44 | NA | NA | .00 | .00 |
| CONSULTING RADIOLOGISTS | Unsecured | 157.27 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE COMPANY | Unsecured | 995.00 | NA | NA | .00 | .00 |
| CORTRUST BANK | Unsecured | 5.00 | NA | NA | .00 | .00 |
| CREDITOR ADVOCATES INC | Unsecured | 1,270.86 | NA | NA | .00 | .00 |
| CREDITOR ADVOCATES INC | Unsecured | 214.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 10,393.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 10,003.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 9,468.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 8,544.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 7,529.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 6,341.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 6,196.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 6,111.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 4,938.00 | NA | NA | .00 | .00 |
| DEPT OF ED/NELNET | Unsecured | 3,947.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 767.00 | 817.15 | 817.15 | .00 | .00 |
| DISCOVER BANK | Unsecured | NA | 2,788.72 | 2,788.72 | .00 | .00 |
| DS ERICKSON & ASSOCIATE PLLC | Unsecured | 1,193.13 | NA | NA | .00 | .00 |
| DS ERICKSON & ASSOCIATE PLLC | Unsecured | 130.00 | NA | NA | .00 | .00 |
| ERC | Unsecured | 1,153.34 | NA | NA | .00 | .00 |
| GENESIS BANKCARD SERVICES | Unsecured | 479.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 29,686.00 | 33,024.59 | 29,668.16 | 12,705.45 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,356.43 | 3,356.43 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 3,408.00 | 3,408.80 | 3,408.80 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,049.00 | 1,168.94 | 1,168.94 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,724.00 | 1,724.00 | 1,724.00 | .00 | .00 |
| KOHLS CAPITAL ONE | Unsecured | 600.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | Unsecured | 30,953.00 | 31,521.50 | 31,521.50 | .00 | .00 |
| LVNV FUNDING | Unsecured | 2,743.00 | 2,743.56 | 2,743.56 | .00 | .00 |
| LVNV FUNDING | Unsecured | 481.00 | 481.43 | 481.43 | .00 | .00 |
| LVNV FUNDING | Unsecured | 480.00 | 519.69 | 519.69 | .00 | .00 |
| MERRICK BANK | Unsecured | 1,920.00 | 1,848.73 | 1,848.73 | .00 | .00 |
| MERRICK BANK | Unsecured | 1,588.00 | 1,496.25 | 1,496.25 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: STACIE MARIE MITTELSTAEDT
MARSHALL FRANK MITTELSTAEDT
Debtor(s)

Case No.: 23-41327-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| METROPOLITAN ANESTHESIA NETWOR | Unsecured | 400.81 | NA | NA | .00 | .00 |
| MNGI DIGESTIVE HEALTH PA | Unsecured | 83.05 | NA | NA | .00 | .00 |
| PARK NICCOLLET HEALTH SERVICES | Unsecured | 1,670.63 | NA | NA | .00 | .00 |
| PAY PAL SMART CONNECT | Unsecured | 250.00 | NA | NA | .00 | .00 |
| PAYPAL | Unsecured | 2,627.26 | NA | NA | .00 | .00 |
| PEDIATRIC SURGICAL ASSOCIATES | Unsecured | 957.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 531.00 | 531.68 | 531.68 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 20,931.00 | 19,578.09 | 19,578.09 | .00 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 756.00 | 756.58 | 756.58 | .00 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 752.00 | 752.58 | 752.58 | .00 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 265.00 | 299.89 | 299.89 | .00 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 230.00 | 264.54 | 264.54 | .00 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 2,054.00 | 2,044.24 | 2,044.24 | .00 | .00 |
| RIDGEVIEW MEDICAL CENTER | Unsecured | 2,092.24 | 3,225.33 | 3,225.33 | .00 | .00 |
| STATE OF MINNESOTA DEPT OF REVEN | Priority | 8,000.00 | 8,290.83 | 7,730.39 | 3,310.52 | .00 |
| STATE OF MINNESOTA DEPT OF REVEN | Unsecured | NA | 560.44 | 560.44 | .00 | .00 |
| SUNRISE CREDIT SERVICES | Unsecured | 125.99 | NA | NA | .00 | .00 |
| SYNCB/WALMART | Unsecured | 34.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK by AIS INFOSOURC | Unsecured | 3,920.00 | 3,920.09 | 3,920.09 | .00 | .00 |
| TD BANK USA, N.A. | Unsecured | 5,996.00 | 5,996.12 | 5,996.12 | .00 | .00 |
| TD BANK USA, N.A. | Unsecured | 1,362.00 | 1,434.92 | 1,434.92 | .00 | .00 |
| UPSTART NETWORK, INC. c/o | Unsecured | 16,017.00 | 16,608.69 | 16,608.69 | .00 | .00 |
| US BANK NATIONAL ASSOCIATION | Secured | 43,439.00 | 43,849.41 | 43,849.41 | 20,557.17 | 8,968.34 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: STACIE MARIE MITTELSTAEDT
MARSHALL FRANK MITTELSTAEDT
Debtor(s)

Case No.: 23-41327-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | Unsecured | 23,245.00 | 96,721.15 | 96,721.15 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 860.65 | 860.65 | .00 |
| Debt Secured by Vehicle: | 63,655.06 | 29,891.14 | 13,005.08 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 64,515.71 | 30,751.79 | 13,005.08 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 37,398.55 | 16,015.97 | .00 |
| **TOTAL PRIORITY:** | 37,398.55 | 16,015.97 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 219,591.25 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $12,067.16 | |
| Disbursements to Creditors: | $59,772.84 | |
| **TOTAL DISBURSEMENTS:** | | $71,840.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 05/28/2026

By: /s/KYLE L CARLSON
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.